(105 So. 715)

### Ex parte Curtis ADAMS. (4 Div. 230.)

(Supreme Court of Alabama. June 27, 1925.
Rehearing Denied Oct. 22, 1925.)

Certiorari to the Court of Appeals.

E. C. Boswell, of Geneva, and Henry C. Meader, of Montgomery, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Curtis Adams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Adams v. State, 105 So. 714.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.